IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03409-RPM

JOSEPHINE HUBCHIK,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      Defendant's unopposed motion to vacate the February 27, 2015, scheduling conference [11] is granted.  The conference is **rescheduled for March 17, 2015, at 10:30 a.m. in** Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: January 14, 2015